# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VINCE DEANGELO,

        Plaintiff,

vs.                                        CASE NO. 6:05-CV-1653-ORL-19DAB

BREVARD SECURITY SPECIALISTS,
INC., DAVID W. GRAHAM, JEFFREY W.
FARLESS,

        Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28, filed December 15, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 28) is **ADOPTED and AFFIRMED.** Plaintiff's Motion for Entry of Final Default Judgment (Doc. No. 26, filed October 23, 2006) is **GRANTED.** The Clerk shall enter Final Judgment in Plaintiff's favor against Defendants Brevard Security Specialists, Inc., David W. Graham and Jeffrey Farless, jointly and severally, in the amount of **$7,680.00** in damages, **$2,288.00** in attorney's fees, and **$615.00** in costs (filing fee and service of process charges) for a total of **$10,583.00**, for which sum execution may issue .

**DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of January, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record